COTTINGHAM *v.* EQUITABLE BUILDING AND LOAN ASSOCIATION,

and *vice versa.*

LUMPKIN, P. J. This case as to all points therein raised is controlled by the decision this day rendered in the case of *Cottingham, trustee,* v. *Equitable B. & L. Assn.*

*Judgment on the main bill of exceptions affirmed; cross-bill dismissed. All the Justices concurring, except Little, J., absent.*

Argued February 15,—Decided March 12, 1902.

Complaint. Before Judge Reid. City court of Atlanta. June 11, 1901.

*Dorsey, Brewster & Howell* and *Hugh M. Dorsey,* for Cottingham. *Green & McKinney,* contra.